### ATKINS NATIONAL BANK *v.* GARRISON.

HILL, J. The only error complained of being that the verdict was contrary to law and without evidence to support it, and there being evidence. to support the verdict, the court did not abuse its discretion in refusing a new trial.          *Judgment affirmed. All the Justices concur.*
                    OCTOBER 13, 1915.

Complaint. Before Judge Jones. Banks superior court. December 12, 1914.

*Adams & Quillian* and *H. H. Perry,* for plaintiff.
*W. A. Charters,* for defendant.

---

### HARRIS, administrator, *v.* PENDERGRASS *et al.*

HILL, J. Under the allegations of the petition in this case, the plaintiff, either as administrator or individually, has no such interest in the land described in the petition, and levied on under an execution, as would authorize the equitable relief sought; and the court did not err in dismissing the petition on demurrer.
                    *Judgment affirmed. All the Justices concur.*
                    OCTOBER 13, 1915.

Equitable petition. Before Judge Brand. Jackson superior court. January 4, 1915.

*W. W. Stark,* for plaintiff.   *L. G. Hardman, Ray & Ray, W. M. Smith,* and *T. S. Mell,* for defendants.

---

### WALDREP *v.* FOSTER.

ATKINSON, J. There was no abuse of discretion in denying the motion to reinstate the case after its dismissal for the want of prosecution.
                    *Judgment affirmed. All the Justices concur.*
                    OCTOBER 13, 1915.

Motion to reinstate. Before Judge Jones. Habersham superior court. November 20, 1914.

*I. H. Sutton,* for plaintiff.
*John J. Kimsey* and *Sam Kimzey,* for defendant.